**Order entered August 15, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00840-CV

### RICK MILTEER, Appellant

### V.

### PARK VENTURE ENDOSCOPY CENTER L.L.C., ET AL., Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18465**

## ORDER

Before the Court is appellant's August 14, 2019 motion for an extension of time to file the jurisdictional letter brief requested by this Court. We **GRANT** the motion and extend the time to **September 3, 2019**.

/s/    BILL WHITEHILL
        JUSTICE